UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARIE LOUISE BLASKA,** | CASE NO. 6:11-CV 06048-TC |
| Plaintiff, | |
| v. | ORDER REGARDING FEES AND EXPENSES PURSUANT TO THE |
| Commissioner, Social Security Administration, | EQUAL ACCESS TO JUSTICE ACT |
| Defendant. | |

Attorney fees in the amount of $778 is hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED: __4/11/14__, 2014.

_____
United States District Court Judge